UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-202 (MJD/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THETO DIEE HATLEY, )<br>)<br>Defendant. ) | DEFENDANT'S PRETRIAL<br>MOTION FOR DISCLOSURE<br>OF 404 EVIDENCE |

The defendant, Theto Diee Hatley, through his attorney, Manny K. Atwal, hereby moves the Court for an order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence and further directing the government to identify the basis for the evidence's admissibility and the witnesses through whom such evidence will be presented at trial.

Dated:        July 8, 2014

Respectfully submitted,

*s/Manny K. Atwal*

_____
MANNY K. ATWAL
Attorney ID No. 282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415