UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-202 (MJD/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THETO DIEE HATLEY )<br>)<br>Defendant. ) | **DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED AS A RESULT OF SEARCH AND SEIZURE** |

The defendant, Theto Diee Hatley, by and through his attorney, respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, to suppress the firearm and marijuana obtained as a result of a search and seizure.

Mr. Hatley's vehicle was searched without a warrant and without probable cause. A firearm was found inside the car. Mr. Hatley was searched and a small of marijuana was found on him.

Dated:  July 8, 2014                              Respectfully submitted,


                                                  *s/Manny K. Atwal*

                                                  _____
                                                  MANNY K. ATWAL
                                                  Attorney ID No. 282029
                                                  Attorney for Defendant
                                                  107 U.S. Courthouse
                                                  300 South Fourth Street
                                                  Minneapolis, MN 55415