UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                            ORDER
                                                Criminal No. 14-202 (MJD/JSM)

Theto Diee Hatley, Jr.,

    Defendant.
_____

    The above-entitled matter comes before the Court on Defendant's objections to the Report and Recommendation of Magistrate Judge Janie S. Mayeron dated September 8, 2014 that the search of his vehicle was valid based on the automobile exception.

    Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on the Court's <u>de novo</u> review the Court will adopt that part of the Report and Recommendation in which the Magistrate Judge found that the search of the vehicle was a valid search based on the automobile exception.

    Accordingly,

IT IS HEREBY ORDERED that the Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 18] is DENIED.

Date:   October 14, 2014

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court